IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VALERIE L. FLORES,

    Plaintiff,

v.

                                              Case No.  23-cv-298-jdp

AMERICAN FAMILY INSURANCE,
MATT ADAMS, PAT ADAMS and
REP WEST INSURANCE,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants and against plaintiff dismissing this case for lack of subject matter jurisdiction.

/s/ Deputy Clerk                                               10/19/2023

Joel Turner, Clerk of Court                              Date